**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| GABRIELA ZARATE, an individual, | Case No.: 5:22-CV-00811-JGB-KKx |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | [L. R. 41(a)] |
| VICTORY PACKAGING, L.P., a Texas Corporation; WESTROCK CALIFORNIA, LLC, a California Limited Liability Company; and DOES 1 through 50, inclusive, | Complaint Filed:  March 9, 2022<br>Action Removed: May 11, 2022<br>Trial Date:  None Set |
| Defendants | |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: November 20, 2023

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE